UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br>                 Plaintiff, <br><br> v. <br><br> NICK SCOTT COPELAND, <br> STIER SUPPLY COMPANY, <br> JONATHAN "RYAN" STIER, <br> RYAN STEAD, <br> KORADOOR, LLC, and <br> TKI, INC. <br><br>                 Defendants. | Civil Action No. <u>2:24-cv-07015-</u>BHH |

**RULE 26.01 INTERROGATORY ANSWERS**

Plaintiff Steves and Sons, Inc. ("Steves") submits the following Answers to Local Civil Rule 26.01 Interrogatories:

**(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**Answer:**     Steves is not currently aware of any person or legal entity who may have a subrogation interest in any of its claims.

**(B)     As to each claim, state whether it should be tried jury or nonjury and why.**

**Answer:**     Steves has requested a jury trial on the claims asserted in its Verified Complaint.

**(C)     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned**

1

company of which it is a parent; and (3) each publicly-owned company in which the party

owns ten percent (10%) or more of the outstanding shares.

**Answer:**     Steves is not publicly owned.  Moreover, Steves does not have a publicly-

held parent company owning more than 10% of its stock; it is not the parent of any publicly-

owned company; and it does not own more than 10% of the outstanding shares of any publicly-

owned company.

**(D)     State the basis for asserting the claim in the division in which it was filed (or**

**the basis of any challenge to the appropriateness of the division).**

**Answer:**     The facts giving rise to this lawsuit occurred within the geographic area

encompassed by this division and certain Defendants are domiciled in the geographic area

encompassed by this division.

**(E)     Is this action related in whole or in part to any other matter filed in this**

**District, whether civil or criminal?**

**Answer:**     Steves is not aware of any related actions.

**(F)     If the defendant is improperly identified, give the proper identification and**

**state whether counsel will accept service of an amended summons and pleading reflecting**

**the correct identification.**

**Answer:**     Steves contends that Defendants are properly named in the Verified

Complaint.

**(G)     If you contend that some other person or legal entity is, in whole or in part,**

**liable to you or the party asserting a claim against you in this matter, identify such person**

**or entity and describe the basis of their liability.**

**Answer:**    Steves is not aware of any other person or legal entity who may be liable for Steves claims.  Steves reserves its right to supplement its answer to this interrogatory.

Dated:  December 3, 2024

Respectfully submitted,

By: /s/ *Wesley T. Moran*

NELSON MULLINS RILEY & SCARBOROUGH LLP
G. Mark Phillips
Federal Bar No. 3051
151 Meeting Street, Suite 600
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
Phone: (843) 853 - 5200
Email: mark.phillips@nelsonmullins.com

Wesley T. Moran
Federal Bar No. 12797
3751 Robert M Grissom Parkway
Myrtle Beach, South Carolina 29577-6412
Phone: (843) 946-5600
Fax: (843) 448-3437
Email: wes.moran@nelsonmullins.com

FORD MURRAY, PLLC
William H. Ford (to be admitted pro hac vice)
bill.ford@fordmurray.com
Veronica S. Wolfe (to be admitted pro hac vice)
veronica.wolfe@fordmurray.com
Kennedy Hatfield Asel (to be admitted pro hac vice)
hatsfield.asel@fordmurray.com
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
Phone: (210) 731-6400

HUNTON & WILLIAMS LLP
Maya M. Eckstein (to be admitted pro hac vice)
meckstein@HuntonAK.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone: (804) 788-8200

*Attorneys for Plaintiff*

PIPKIN LAW
Marvin G.  Pipkin
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495

*Of Counsel to Plaintiff*