UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **STEVES AND SONS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NICK SCOTT COPELAND,** <br> **STIER SUPPLY COMPANY,** <br> **JONATHAN "RYAN" STIER,** <br> **RYAN STEAD,** <br> **KORADOOR, LLC, and** <br> **TKI, INC.,** <br> **Defendants.** | Case No. 2:24-cv-07015-BHH <br><br><br> **DEFENDANT TKI, INC.'S** <br> **ANSWERS TO LOCAL RULE 26.01** <br> **INTERROGATORIES** |

Defendant TKI, Inc. ("Defendant"), hereby submit their responses to the interrogatories set forth in Local Rule 26.01 as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:  Defendant is not aware of any persons or legal entities who may have a subrogation interest in the claims alleged in the complaint.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:   Plaintiff has demanded a jury trial for its legal claims. The equitable claims alleged and the request for a declaratory judgment and for injunctive relief should be decided by the Court.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and

(3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: This Defendant is not a publicly owned company and has no such affiliation with a publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE: This Defendant contests the Court's personal jurisdiction over it.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: This Defendant is not aware of any relation between this matter and any other matter filed in this district.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: This Defendant is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: This Defendant denies any liability and has insufficient information to determine whether any other person or entity is liable to the Plaintiff.**

    Respectfully submitted,

*/s/ Robert L. Wehrman*
Brian C. Duffy (Fed. ID. No. 9491)
Patrick C. Wooten (Fed. ID. No 10399)
Robert L. Wehrman (Fed. ID. No. 13426)
**DUFFY & YOUNG LLC**
96 Broad Street
Charleston, SC 29401
Tel.: (843) 720-2044
rwehrman@duffyandyoung.com
pwooten@duffyandyoung.com
bduffy@duffyandyoung.com

January 17, 2025
Charleston, South Carolina