UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NICK SCOTT COPELAND, STIER SUPPLY COMPANY, JONATHAN "RYAN" STIER, RYAN STEAD, KORADOOR, LLC, and TKI, INC., <br><br> Defendants. | Civil Action No. 2:24-cv-07015-BHH <br><br><br> **CONSENT MOTION FOR EXTENSION OF TIME** |

      Pursuant to Local Civil Rule 6.01 (D.S.C.), Defendants Stier Supply Company ("SSC"), Jonathan "Ryan" Stier ("Stier"), and KoraDoor, LLC ("KoraDoor"), (collectively, "Defendants"), hereby file this Consent Motion for Extension of seven (7) days to file an answer, move, or otherwise plead in response to Plaintiff Steves and Sons, Inc.'s Complaint. In support of this Motion, Defendants state as follows:

      Plaintiff filed its Verified Complaint on December 3, 2024. Defendants' counsel accepted service for SSC and Stier on December 18, 2024. Plaintiff served KoraDoor on December 8, 2024. Pursuant to Local Civil Rule 12.01 (D.S.C.), Plaintiff granted 21-day written extensions to SSC and Stier as well as KoraDoor to respond to the Complaint, making their responsive pleadings due on January 29 and 17, 2025, respectively. On January 21, 2024, this Court granted KoraDoor's consent motion for an extension of time to answer or otherwise plead to the Complaint by January 29. *See* ECF No. 20. In accordance with those extensions, Defendants' responsive pleadings are currently due on January 29, 2025.

1

Defendants now request a brief 7-day extension of time until February 5, 2025, to file their responsive pleadings to Plaintiff's Complaint. The basis for this request is that the undersigned counsel require additional time to properly strategize and prepare responses and otherwise plead on behalf of each Defendant in light of various positions and other pressing court deadlines. The requested extension will not affect any other deadlines. Plaintiff's counsel consents to the requested extension. *See* Local Civil Rule 7.02 (D.S.C.).

Based on the above, Defendants SSC, Stier, and KoraDoor request that the Court grant this Motion and extend the deadline for Defendants to file an answer, move, or otherwise plead in response to the Complaint until February 5, 2025.

ROBINSON GRAY STEPP & LAFFITTE, LLC

By: s/J. Calhoun Watson
J. Calhoun Watson, Fed. Bar No. 4794
cwatson@robinsongray.com
R. William Metzger, Jr., Fed. Bar No. 5028
bmetzger@robinsongray.com
Courtney E. Walsh, Fed. Bar No. 11873
cwalsh@robinsongray.com
Sarah C Frierson, Fed. Bar No. 13825
sfrierson@robinsongray.com
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400 Telephone
(803) 929-0300 Fax

***Attorneys for Defendants Stier Supply Company, Jonathan "Ryan" Stier, and KoraDoor, LLC***

January 8, 2025