UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., | Civil Action No.  2:24-cv-07015-BHH |
| Plaintiff, | |
| v. | **CONSENT MOTION FOR EXTENSION OF TIME** |
| NICK SCOTT COPELAND; STIER SUPPLY COMPANY; JONATHAN "RYAN" STIER; RYAN STEAD; KORADOOR, LLC; and TKI, INC., | |
| Defendants. | |

Plaintiff Steves and Sons, Inc. ("Plaintiff"), pursuant to Local Civil Rule 6.01 (D.S.C.) herby files this Consent Motion for Extension of Time to file its response in opposition to Defendant TKI Inc.'s Motion to Dismiss (ECF No. 18).  In support of this Motion, Plaintiff states as follows:

1.  Defendant TKI, Inc. filed its Motion to Dismiss on January 17, 2025.

2.  Plaintiff's Responsive Pleading is due on January 31, 2025.

Plaintiff now requests an extension of time until February 7, 2025, to file its response in opposition to Defendant TKI, Inc.'s Motion to Dismiss.  The requested extension will not affect any other deadlines.

3.  Pursuant to Local Civil Rule 7.02 (D.S.C.), the undersigned counsel conferred with Defendant TKI Inc.'s counsel before filing this Motion.  TKI Inc.'s counsel has consented to the requested extension.

Based on the above, Plaintiff's request that the Court grant this Motion and extend the deadline for Plaintiff to file its response in opposition to TKI, Inc.'s Motion to Dismiss until February 7, 2025.

Respectfully submitted.

WE SO MOVE:

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:/s/Wesley T. Moran
Wesley T. Moran
Federal Bar No. 12797
E-Mail: wes.moran@nelsonmullins.com
3751 Robert M. Grissom Parkway / Suite 300
Post Office Box 3939 (29578-3939)
Myrtle Beach, SC  29577-6412
(843) 448-3500
AND
G. Mark Phillips
Federal Bar No. 3051
Email: mark.phillips@nelsonmullins.com
151 Meeting Street, Sixth Floor
Charleston, SC 29401
Phone: (843) 720-4383
Fax: (843) 534-4392
***Attorneys for Plaintiff Steves and Sons, Inc.***

Myrtle Beach, South Carolina
January 29, 2025

WE SO CONSENT:

DUFFY & YOUNG LLC

/s/ Brian C. Duffy
Brian C. Duffy (Fed. ID. No. 9491)
Patrick C. Wooten (Fed. ID. No. 10399)
Robert L. Wehrman (Fed. ID. No.13426)
96 Broad Street
Charleston, SC 29401
Tel.: (843) 720-2044
rwehrman@duffyandyoung.com
pwooten@duffyandyoung.com
bduffy@duffyandyoung.com
***Attorneys for TKI, Inc.***

Charleston, South Carolina
January 29, 2025