*Steves and Sons, Inc. v. Nick Scott Copeland, et al*
*2:24-cv-07015-BHH*

# Exhibit A

*To Stier Supply's Redacted Answer and Counterclaim*

Redacted Agreement

## STIER SUPPLY / STEVES AND SONS STRATEGIC ALLIANCE AND SUPPLY AGREEMENT

This Strategic Alliance and Supply Agreement (the "Supply Agreement") between **STIER SUPPLY** ("Customer") and Steves & Sons, Inc. ("Steves"), is a result of the Parties' joint willingness to work together to grow both businesses in a cost effective manner. Each of Customer and Steves may be referred to herein as a "Party" and together as the "Parties."











**13. CONFIDENTIALITY**





STIER SUPPLY
By: [signature]
Date: 9/7/22
Address: _____

Steves & Sons, Inc.
By: [signature]
Date: 9-7-22
Address: _____